## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| WALTER E. DUKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 17-0466-CG-B |
| | ) | |
| ERIC GREGORY MOQUIN, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED ORDER

The parties having advised the Magistrate Judge during the telephone conference held this date, that the above referenced action has settled, it is **ORDERED** that all claims in this case are hereby **DISMISSED WITHOUT PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated.[1]

**DONE and ORDERED** this 29th day of August, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Defendant Penske Truck Leasing Co., L.P. was dismissed with prejudice as of June 7, 2018 pursuant to the Order entered on May 30, 2018 (Doc. 44).